**Fill in this information to identify your case:**

Debtor 1     **Christina T. Beynon**
        First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number    **17-51636**
(if known)

■ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new** *Summary* **and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

|  |  | **Your assets**<br>Value of what you own |
| --- | --- | --- |
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $    47,425.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $    57,099.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $    104,524.00 |

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  |  | **Your liabilities**<br>Amount you owe |
| --- | --- | --- |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    113,193.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $    11,856.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    562,140.60 |
| | **Your total liabilities** | $    687,189.60 |

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $    825.00 |
| --- | --- | --- |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $    6,620.50 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

17-51636-amk    Doc 25    FILED 11/07/17    ENTERED 11/07/17 10:14:51    Page 1 of 58

Debtor 1   **Beynon, Christina T.**      Case number *(if known)*   **17-51636**

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 11,856.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 11,856.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Christina T. Beynon** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO, AKRON DIVISION |
| Case number (if known) | 17-51636 |

■ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Akron Income Tax Dept** | | | |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number _____    **unknown**    **$0.00**    **$0.00**

**1 Cascade Plz Fl 11**
**Akron, OH 44308-1100**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  **2016 Personal Income Taxes Owed**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com      12345

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | **$11,856.00** | **$11,856.00** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?    **2015**

**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**2015 Personal Income Taxes Owed**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?    **2016**

**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**2016 Personal Income Taxes Owed**

---

| 2.4 | **Regional Income Tax Agency** | Last 4 digits of account number | | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?

**PO Box 94661**
**Cleveland, OH 44101-4661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**Personal Income Taxes Owed**

---

| 2.5 | **State Of Ohio Dept Of Taxation** | Last 4 digits of account number | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**PO Box 530 Attn:  Bankruptcy Division**
**Columbus, OH 43216**
Number Street City State Zip Code

When was the debt incurred?  **2016**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2016 Personal Income Taxes Owed**

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | **Total claim** |

| 4.1 | **Akron General Medical Center** | Last 4 digits of account number | **1001** | **$604.59** |

Nonpriority Creditor's Name

**PO Box 78000**
**Detroit, MI 48278-0001**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Services Provided**

---

| 4.2 | **Alexander Carter** |
| --- | --- |

Nonpriority Creditor's Name

**1729 Noble Rd**
**East Cleveland, OH 44112-1649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.3 | **Alexis Dillard** |
| --- | --- |

Nonpriority Creditor's Name

**1729 Noble Rd**
**East Cleveland, OH 44112-1649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.4 | **Andre Hendrix** |
|---|---|

Nonpriority Creditor's Name

**1738 Noble Rd**
**East Cleveland, OH 44112-1648**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.5 | **Anthony Britt** |
|---|---|

Nonpriority Creditor's Name

**PO Box 17366**
**Cleveland, OH 44117-0366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.6 | **Ashley Jones** | | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1771 Noble Rd Apt 12**
**East Cleveland, OH 44112-1661**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.7 | **Ayanna Powell** | | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1737 Noble Rd Uppr**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.8 | **Brunsdon Law Firm LLC** | | Last 4 digits of account number   **2017** | **$2,581.67** |

Nonpriority Creditor's Name

**520 S Main St Ste 2519**
**Akron, OH 44311-1073**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Services Provided**

---

| **4.9** | **Centralized Business Solutions, Inc** | Last 4 digits of account number | **5306** | **$211.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
PO Box 2818
Canton, OH 44720-0818**
Number Street City State Zip Code

When was the debt incurred?  **2017-01**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Open account**

---

| **4.10** | **Chase Card** | Last 4 digits of account number | **4371** | **$8,426.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?  **2010-12**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Revolving account**

---

| **4.11** | **Chase Card** | Last 4 digits of account number | **0965** | **$2,936.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?  **2016-09**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Revolving account**

---

| | | |
|---|---|---|
| **4.12** | **Clinic Medical Services LLC** | Last 4 digits of account number **8069** |

Nonpriority Creditor's Name                                                      $155.83

**111 Stow Ave Ste 200**
**Cuyahoga Falls, OH 44221-2560**
Number Street City State Zip Code

When was the debt incurred? **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Medical Services Provided**

---

| | | |
|---|---|---|
| **4.13** | **Cuyahoga County Board of Health** | Last 4 digits of account number **7003** |

Nonpriority Creditor's Name                                                      unknown

**5550 Venture Dr**
**Parma, OH 44130-9315**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Violations at 1705 Noble Road, Cleveland OH**

---

| | | |
|---|---|---|
| **4.14** | **Daniel Carter** | Last 4 digits of account number |

Nonpriority Creditor's Name                                                      unknown

**c/o Alexis Dillard**
**1729 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.15 | **Darnacia Drummonds** |
|------|------------------------|

Nonpriority Creditor's Name

**1733 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.16 | **Dayah Drummonds** |
|------|---------------------|

Nonpriority Creditor's Name

**1733 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

17-51636-amk     Doc 25     FILED 11/07/17     ENTERED 11/07/17 10:14:51     Page 11 of 58

| 4.17 | **Dejanay Drummonds** |
|---|---|

Nonpriority Creditor's Name

**1733 Noble Rd**
**Cleveland, OH 44112-1649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.18 | **Deyanna Parker** |
|---|---|

Nonpriority Creditor's Name
**c/o Ayanna Powell**
**1737 Noble Rd Uppr**
**East Cleveland, OH 44112-1649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.19 | **Donald Carter** |
|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**1729 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.20 | **Donna Drummonds** |
|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**1735 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.21 | **Dorian Drummonds** | | **Last 4 digits of account number** _____ | | **unknown** |

Nonpriority Creditor's Name

**823 Caledonia Ave**
**East Cleveland, OH 44112-2316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.22 | **Dorinda Drummonds** | | **Last 4 digits of account number** _____ | | **unknown** |

Nonpriority Creditor's Name

**1731 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.23 | **Doris Moss** | | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1751 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.24 | **Edward Dillard Sr.** | | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1727 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.25 | Eric Cooper | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

1759 Noble Rd
East Cleveland, OH 44112-1649
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.26 | First National Bank | | Last 4 digits of account number | 5412 | | $19,074.00 |

Nonpriority Creditor's Name

Attn: FNN Legal Dept
1620 Dodge St MSC CODE3290
Omaha, NE 68191
Number Street City State Zip Code

When was the debt incurred?    2009-05

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Revolving account

---

| 4.27 | Frank Garner | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

1741 Noble Rd
East Cleveland, OH 44112-1649
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.28 | **GenFed Financial** | Last 4 digits of account number | **0142** | **$5,147.84** |

Nonpriority Creditor's Name

When was the debt incurred?    **Various**

**PO Box 31112**
**Tampa, FL 33631-3112**
Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Revolving Account used for business**

---

| 4.29 | **GenFed Financial Credit Union** | Last 4 digits of account number | | **$120,581.88** |

Nonpriority Creditor's Name

When was the debt incurred?

**2855 W Market St Ste 109**
**Fairlawn, OH 44333-4033**
Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Guaranty of Business Loan**

---

| 4.30 | **GenFed Financial Credit Union** | Last 4 digits of account number | | **$319,738.04** |

Nonpriority Creditor's Name

When was the debt incurred?

**2855 W Market St Ste 109**
**Fairlawn, OH 44333-4033**
Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Guaranty of Business Loan**

| | | |
|---|---|---|
| **4.31** | **GNM General Contractors Ltd.** | Last 4 digits of account number   **1035**     **$12,415.00** |

Nonpriority Creditor's Name
**Attn: Matthew J. Balli**
**307 E Washington St**
**Medina, OH 44256-2116**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment in East Cleveland Municipal Court Case No. 16CVF01035**

---

| | | |
|---|---|---|
| **4.32** | **Harris Drummonds** | Last 4 digits of account number      **unknown** |

Nonpriority Creditor's Name

**1731 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| | | |
|---|---|---|
| **4.33** | **Huntington Natl Bk** | Last 4 digits of account number   **0905**     **$49,493.00** |

Nonpriority Creditor's Name
**Bankruptcy Notifications**
**PO Box 340996**
**Columbus, OH 43234-0996**
Number Street City State ZIp Code

When was the debt incurred?   **2015-11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Installment account- Money Loaned for 2015 Ford F350. Vehicle is owned by Arco Recycling Inc.**

---

| 4.34 | **Jenetta Davis** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1769 Noble Rd**
**East Cleveland, OH 44112-1662**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.35 | **Jimmy Fields** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1746 Noble Rd**
**East Cleveland, OH 44112-1648**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.36 | **Kurtz Bros. Inc.** | Last 4 digits of account number _____ | **$1,565.13** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**6415 Granger Rd**
**Independence, OH 44131-1413**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Judgment in Garfield Heights Municipal Court Case No. CVI 1700962**

---

| 4.37 | **Linda Dillard** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1727 Noble Rd**
**East Cleveland, OH 44112-1649**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.38 | **Ohio Attorney General** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael E. Idzkowski**
**30 E Broad St Fl 25**
**Columbus, OH 43215-3414**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Judgment- Cuyahoga County Court of Common Pleas Case No. CV-17-881301**

---

| 4.39 | **Rocco Smith** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____          **unknown**

When was the debt incurred?  _____

**823 Caledonia Ave**
**East Cleveland, OH 44112-2316**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.40 | **Roetzel & Andress** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **0001** _____          **$15,000.00**

When was the debt incurred?  _____

**222 S Main St**
**Akron, OH 44308-1533**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Services Provided**

| 4.41 | **Shanii Smith** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____          **unknown**

When was the debt incurred?  _____

**823 Caledonia Ave**
**East Cleveland, OH 44112-2316**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

| 4.42 | **Stark & Knoll** | Last 4 digits of account number | **1001** | **$2,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**3475 Ridgewood Rd**
**Akron, OH 44333-3163**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Legal Services Provided**

---

| 4.43 | **Summa Physicians Inc.** | Last 4 digits of account number | **0861** | **$290.95** |

Nonpriority Creditor's Name

When was the debt incurred?   **2017**

**PO Box 630092**
**Cincinnati, OH 45263-0092**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Services Provided**

---

| 4.44 | **Summit Behavioral Health Group** | Last 4 digits of account number | **H000** | **$516.67** |

Nonpriority Creditor's Name

When was the debt incurred?   **2016-2017**

**4125 Medina Rd Ste 220**
**Akron, OH 44333-4515**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Services Provided**

| 4.45 | **Synchrony Bank/Banana Republic** | Last 4 digits of account number | **6282** | $801.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 956060**
**Orlando, FL 32896-5060**

Number Street City State Zip Code

When was the debt incurred?    **2014-06**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

| 4.46 | **Thomas Moss** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

**1751 Noble Rd**
**East Cleveland, OH 44112-1649**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.47 | **Walterine Gage** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

**1738 Noble Rd**
**East Cleveland, OH 44112-1648**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| 4.48 | **Wffnb Retail Srvs/Mattress Firm** | Last 4 digits of account number | **2692** | | **$602.00** |

Nonpriority Creditor's Name
**Wffnb Card Services**
**PO Box 51193**
**Las Vegas, NV 89193**

When was the debt incurred?  **2014-07**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Revolving account**

---

| 4.49 | **Willie Morrow** | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**1722 Noble Rd**
**East Cleveland, OH 44112-1648**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Potential Claims arising from Harris Drummonds, et al. v. 1705 Noble Road Properties LLC, et al; Cuyahoga County Common Pleas Case No. CV 17 884313**

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Cbsc Inc**
**1225 N Main St**
**North Canton, OH 44720-1959**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **5306**

Name and Address
**Chase Card**
**PO Box 15298**
**Wilmington, DE 19850-5298**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4371**

Name and Address
**Chase Card**
**PO Box 15298**
**Wilmington, DE 19850-5298**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0965**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fnb Omaha**<br>PO Box 3412<br>Omaha, NE 68103-0412 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **5412** |
| **Gnm General Contractors Ltd** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1035** |
| **Huntington National Ba**<br>7 Easton Oval # Ea5w29<br>Columbus, OH 43219-6010 | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0905** |
| **Mattress Frm**<br>PO Box 94498<br>Las Vegas, NV 89193-4498 | Line **4.48** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **2692** |
| **Molly S. Corey, Esq.**<br>30 E Broad St Fl 25<br>Columbus, OH 43215-3414 | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Ohio Environmental Protection Agency**<br>2110 E Aurora Rd<br>Twinsburg, OH 44087-1924 | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Robert B. Casarona, Esq.**<br>57 E Washington St<br>Chagrin Falls, OH 44022-3044 | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Syncb/banana Rep**<br>PO Box 965005<br>Orlando, FL 32896-5005 | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **6282** |
| **Thomas L. Brunn, Esq.**<br>The Brunn Law Firm Co LPA<br>700 Saint Clair Ave NE Ste 208<br>Cleveland, OH 44114-1712 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Thomas L. Brunn, Esq.**<br>The Brunn Law Firm Co LPA<br>700 Saint Clair Ave NE Ste 208<br>Cleveland, OH 44114-1712 | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Thomas L. Brunn, Esq.**<br>The Brunn Law Firm Co LPA<br>700 Saint Clair Ave NE Ste 208<br>Cleveland, OH 44114-1712 | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.49** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.41** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.21** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.5** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.18** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Thomas L. Brunn, Esq.**<br>**The Brunn Law Firm Co LPA**<br>**700 Saint Clair Ave NE Ste 208**<br>**Cleveland, OH 44114-1712** | Line **4.14** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wednesday M. Szolloski, Esq.**<br>**c/o Environmental Enforcement**<br>**Section**<br>**1 Governmental Ctr Ste 1340**<br>**Toledo, OH 43604** | Line **4.38** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 11,856.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 11,856.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 562,140.60 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 562,140.60 |

**Fill in this information to identify your case:**

| Debtor 1 | **Christina T. Beynon** |
|---|---|
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO, AKRON DIVISION |
| Case number (if known) | **17-51636** |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Alexander Carter** |
| 3.2 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____<br>**Alexis Dillard** |
| 3.3 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.4**___<br>☐ Schedule G _____<br>**Andre Hendrix** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Anthony Britt** |
| 3.5  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ashley Jones** |
| 3.6  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Ayanna Powell** |
| 3.7  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Cuyahoga County Board of Health** |
| 3.8  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Daniel Carter** |
| 3.9  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Darnacia Drummonds** |
| 3.10  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Dayah Drummonds** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.17**<br>☐ Schedule G _____<br>**Dejanay Drummonds** |
| 3.12  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.18**<br>☐ Schedule G _____<br>**Deyanna Parker** |
| 3.13  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.19**<br>☐ Schedule G _____<br>**Donald Carter** |
| 3.14  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.20**<br>☐ Schedule G _____<br>**Donna Drummonds** |
| 3.15  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.21**<br>☐ Schedule G _____<br>**Dorian Drummonds** |
| 3.16  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.22**<br>☐ Schedule G _____<br>**Dorinda Drummonds** |
| 3.17  **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.23**<br>☐ Schedule G _____<br>**Doris Moss** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Edward Dillard Sr.** |
| 3.19 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Eric Cooper** |
| 3.20 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**Frank Garner** |
| 3.21 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>**Harris Drummonds** |
| 3.22 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**Jenetta Davis** |
| 3.23 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Jimmy Fields** |
| 3.24 **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Linda Dillard** |

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.25 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Ohio Attorney General** |
| 3.26 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**Rocco Smith** |
| 3.27 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>**Shanii Smith** |
| 3.28 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>**Thomas Moss** |
| 3.29 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>**Walterine Gage** |
| 3.30 | **1705 Noble Road Properties LLC**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>**Willie Morrow** |
| 3.31 | **American Metal and Wood Salvage Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>**GNM General Contractors Ltd.** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Alexander Carter** |
| 3.33  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Alexis Dillard** |
| 3.34  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Andre Hendrix** |
| 3.35  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Anthony Britt** |
| 3.36  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ashley Jones** |
| 3.37  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Ayanna Powell** |
| 3.38  **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Cuyahoga County Board of Health** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.14**<br>☐ Schedule G<br>**Daniel Carter** |
| 3.40   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.15**<br>☐ Schedule G<br>**Darnacia Drummonds** |
| 3.41   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.16**<br>☐ Schedule G<br>**Dayah Drummonds** |
| 3.42   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.17**<br>☐ Schedule G<br>**Dejanay Drummonds** |
| 3.43   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.18**<br>☐ Schedule G<br>**Deyanna Parker** |
| 3.44   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.19**<br>☐ Schedule G<br>**Donald Carter** |
| 3.45   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.20**<br>☐ Schedule G<br>**Donna Drummonds** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.46 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.21___ ☐ Schedule G _____ **Dorian Drummonds** |
| 3.47 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.22___ ☐ Schedule G _____ **Dorinda Drummonds** |
| 3.48 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.23___ ☐ Schedule G _____ **Doris Moss** |
| 3.49 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.24___ ☐ Schedule G _____ **Edward Dillard Sr.** |
| 3.50 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.25___ ☐ Schedule G _____ **Eric Cooper** |
| 3.51 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.27___ ☐ Schedule G _____ **Frank Garner** |
| 3.52 **Arco Recycling Inc.** **1705 Noble Rd** **East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.29___ ☐ Schedule G _____ **GenFed Financial Credit Union** |

17-51636-amk    Doc 25    FILED 11/07/17    ENTERED 11/07/17 10:14:51    Page 36 of 58

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.53  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.30**____
☐ Schedule G _____
**GenFed Financial Credit Union**

---

3.54  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.32**____
☐ Schedule G _____
**Harris Drummonds**

---

3.55  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.33**____
☐ Schedule G _____
**Huntington Natl Bk**

---

3.56  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.34**____
☐ Schedule G _____
**Jenetta Davis**

---

3.57  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.35**____
☐ Schedule G _____
**Jimmy Fields**

---

3.58  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.37**____
☐ Schedule G _____
**Linda Dillard**

---

3.59  **Arco Recycling Inc.**
**1705 Noble Rd**
**East Cleveland, OH 44112-1633**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.38**____
☐ Schedule G _____
**Ohio Attorney General**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Rocco Smith** |
| 3.61   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Shanii Smith** |
| 3.62   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Thomas Moss** |
| 3.63   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Walterine Gage** |
| 3.64   **Arco Recycling Inc.**<br>**1705 Noble Rd**<br>**East Cleveland, OH 44112-1633** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Willie Morrow** |

**Fill in this information to identify your case:**

Debtor 1        **Christina T. Beynon**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO, AKRON DIVISION

Case number      **17-51636**
(if known)

■ Check if this is an
    amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                  *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Christina T. Beynon**                       X _____
  **Christina T. Beynon**                             Signature of Debtor 2
  Signature of Debtor 1

  Date  **November  1, 2017**                         Date _____

IN RE:                                                    Case No. **17-51636**

**Beynon, Christina T.**                                  Chapter **7**

Debtor(s)

**AMENDED VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **November  1, 2017**            Signature: **/s/ Christina T. Beynon**

                                **Christina T. Beynon**

Debtor


Date: _____            Signature: _____

Joint Debtor, if any

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Akron General Medical Center
PO Box 78000
Detroit, MI  48278-0001


Akron Income Tax Dept
1 Cascade Plz Fl 11
Akron, OH  44308-1100


Alexander Carter
1729 Noble Rd
East Cleveland, OH  44112-1649


Alexis Dillard
1729 Noble Rd
East Cleveland, OH  44112-1649


Amanda Rasbach Yurechko, Esq.
Weltman, Weinberg, & Reis Co. LPA
323 W Lakeside Ave
Cleveland, OH  44113-1085


Andre Hendrix
1738 Noble Rd
East Cleveland, OH  44112-1648


Anthony Britt
PO Box 17366
Cleveland, OH  44117-0366
```

ARC Gas & Supply Inc.
4560 Nicky Blvd
Cleveland, OH  44125-1058


Ashley Jones
1771 Noble Rd Apt 12
East Cleveland, OH  44112-1661


AT&T
PO Box 5093
Carol Stream, IL  60197-5093


Ayanna Powell
1737 Noble Rd Uppr
East Cleveland, OH  44112-1649


Bank of America
NC4-105-03-14
PO Box 26012
Greensboro, NC  27420-6012


Benjamin Reginald
14165 Highway 29
Union Springs, AL  36089-3811


Bk of Amer
4909 Savarese Cir
Tampa, FL  33634-2413

Broadview Financial Corp.
8746 State Route 335 Unit 1
Minford, OH  45653-8698


Brunsdon Law Firm LLC
520 S Main St Ste 2519
Akron, OH  44311-1073


Cbsc Inc
1225 N Main St
North Canton, OH  44720-1959


Centralized Business Solutions, Inc
Attn: Bankruptcy
PO Box 2818
Canton, OH  44720-0818


Chase Card
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298


Chase Card
PO Box 15298
Wilmington, DE  19850-5298


Cleveland Dept of Public Utilities
1300 Lakeside Ave E
Cleveland, OH  44114-1135

Cleveland Division of Water
PO Box 94540
Cleveland, OH  44101-4540


Cleveland Division of Water
1201 Lakeside Ave E
Cleveland, OH  44114-1132


Cleveland Public Power
PO Box 94560
Cleveland, OH  44101-4560


Clinic Medical Services LLC
111 Stow Ave Ste 200
Cuyahoga Falls, OH  44221-2560


Company Wrench
4805 Scooby Ln
Carroll, OH  43112-9446


Credit Collection Services Commercial
725 Canton St
Norwood, MA  02062-2679


Cuyahoga County Board of Health
5550 Venture Dr
Parma, OH  44130-9315

Cuyahoga County Treasurer
2079 E 9th St
Cleveland, OH  44115-1302


Daniel Carter
c/o Alexis Dillard
1729 Noble Rd
East Cleveland, OH  44112-1649


Darnacia Drummonds
1733 Noble Rd
East Cleveland, OH  44112-1649


David C. Sheldon, Esq.
669 W Liberty St
Medina, OH  44256-2225


Day Ketterer Ltd.
200 Market Ave N Ste 300
Canton, OH  44702-0000


Dayah Drummonds
1733 Noble Rd
East Cleveland, OH  44112-1649


Dejanay Drummonds
1733 Noble Rd
Cleveland, OH  44112-1649

```
Deyanna Parker
c/o Ayanna Powell
1737 Noble Rd Uppr
East Cleveland, OH  44112-1649


Dominion East Ohio
PO Box 26785
Richmond, VA  23261-6785


Donald Carter
1729 Noble Rd
East Cleveland, OH  44112-1649


Donna Drummonds
1735 Noble Rd
East Cleveland, OH  44112-1649


Dorian Drummonds
823 Caledonia Ave
East Cleveland, OH  44112-2316


Dorinda Drummonds
1731 Noble Rd
East Cleveland, OH  44112-1649


Doris Moss
1751 Noble Rd
East Cleveland, OH  44112-1649
```

East Cleveland Cable
PO Box 12598
East Cleveland, OH  44112-0598


Edward Dillard Sr.
1727 Noble Rd
East Cleveland, OH  44112-1649


Eric Cooper
1759 Noble Rd
East Cleveland, OH  44112-1649


ESS Equipment Sales & Service Ltd.
PO Box 1421
Medina, OH  44258-1421


Euclid Dept of Taxation
585 E 222nd St
Euclid, OH  44123-3321


First National Bank
Attn: FNN Legal Dept
1620 Dodge St MSC CODE3290
Omaha, NE  68191


Fnb Omaha
PO Box 3412
Omaha, NE  68103-0412

Foremost Insurance Company
PO Box 0915
Carol Stream, IL  60132


Frank Garner
1741 Noble Rd
East Cleveland, OH  44112-1649


Franklin American Mtg/
501 Corporate Centre Dr
Franklin, TN  37067-2659


General Pest Control Co.
4520 W 160th St
Cleveland, OH  44135-2628


GenFed Financial
PO Box 31112
Tampa, FL  33631-3112


GenFed Financial Credit Union
2855 W Market St Ste 109
Fairlawn, OH  44333-4033


GNM General Contractors Ltd.
Attn: Matthew J. Balli
307 E Washington St
Medina, OH  44256-2116

Grange Mutual Casualty Co.
PO Box 182657
Columbus, OH  43218-2657


Harris Drummonds
1731 Noble Rd
East Cleveland, OH  44112-1649


Hartman & James LLP
711 Indian Trl
Akron, OH  44314-3107


Holtgreven Scale & Electronics
420 E Lincoln St
Findlay, OH  45840-4945


Hull & Associates Inc
6397 Emerald Pkwy Ste 200
Dublin, OH  43016-0000


Huntington National Ba
7 Easton Oval # Ea5w29
Columbus, OH  43219-6010


Huntington Natl Bk
Bankruptcy Notifications
PO Box 340996
Columbus, OH  43234-0996

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH  44199-0000


JAM A/V Creations Inc.
PO Box 43435
Richmond Heights, OH  44143-0435


Jenetta Davis
1769 Noble Rd
East Cleveland, OH  44112-1662


Jerry Wingerter
352 Greenwood Ave
Akron, OH  44320-1206


Jimmy Fields
1746 Noble Rd
East Cleveland, OH  44112-1648


Joseph Zeglen, Esq.
PO Box 104
Baltic, OH  43804-0104
```

Kurtz Bros. Inc.
6415 Granger Rd
Independence, OH  44131-1413


L & S Lab Consulting Inc.
PO Box 202354
Shaker Heights, OH  44120-8122


Liberty Mutual Insurance
PO Box 2051
Keene, NH  03431-7051


Linda Dillard
1727 Noble Rd
East Cleveland, OH  44112-1649


Marketsource Agency Network LLC
2400 Corporate Exchange Dr Ste 100
Columbus, OH  43231-7672


Mattress Frm
PO Box 94498
Las Vegas, NV  89193-4498


Molly S. Corey, Esq.
30 E Broad St Fl 25
Columbus, OH  43215-3414

```
Northeast Ohio Regional Sewer Dist
1294 E 115th St
Cleveland, OH  44108-3702


Office Of The Ohio Attorney General
Collections Enforcement Section
150 E Gay St
Columbus, OH  43215-3130


Ohio Attorney General
Attn: Michael E. Idzkowski
30 E Broad St Fl 25
Columbus, OH  43215-3414


Ohio Awning & Manufacturing Co.
5777 Grant Ave
Cleveland, OH  44105-5605


Ohio Bureau Of Workers' Compensation
30 W Spring St
Columbus, OH  43215-0000


Ohio CAT
7700 Medusa Rd
Oakwood Village, OH  44146-5547


Ohio Department Of Job & Family Services
PO Box 182413
Columbus, OH  43218
```

Ohio Environmental Protection Agency
2110 E Aurora Rd
Twinsburg, OH  44087-1924


Paychex Inc.
PO Box 911931
Dallas, TX  75391-1931


Paychex of New York LLC
100 E Hines Hill Rd
Hudson, OH  44236-1115


Pete & Pete Container Service
4830 Warner Rd
Garfield Heights, OH  44125-1119


Pnc Bank
Attn: Bankruptcy
249 5th Ave Ste 30
Pittsburgh, PA  15222-2707


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA  15222-4704


Power Alarm Inc.
25086 Lakeland Blvd
Euclid, OH  44132-2628

Prairie Lane Lake Park
PO Box 233
Wooster, OH  44691-0233


Progressive
PO Box 105428
Atlanta, GA  30348-5428


ProTerra Inc.
29103 Euclid Ave
Wickliffe, OH  44092-2467


Rea & Associates
419 W High Ave
New Philadelphia, OH  44663-3621


RECO Equipment Inc.
PO Box 644405
Pittsburgh, PA  15264-4405


Recovery One
3240 Henderson Rd
Columbus, OH  43220-2300


Regional Income Tax Agency
PO Box 94661
Cleveland, OH  44101-4661

Rich's Towing & Service Inc.
20531 1st Ave
Middleburg Heights, OH  44130-2437


Richard W. Landoll, Esq.
9 Corporation Ctr
Broadview Heights, OH  44147-3265


RMS
PO Box 361136
Columbus, OH  43236-1136


Robert B. Casarona, Esq.
57 E Washington St
Chagrin Falls, OH  44022-3044


Rocco Smith
823 Caledonia Ave
East Cleveland, OH  44112-2316


Roetzel & Andress
222 S Main St
Akron, OH  44308-1533


Second Look Inc.
1393 Veterans Hwy Ste 200S
Hauppauge, NY  11788-3067

Shanii Smith
823 Caledonia Ave
East Cleveland, OH  44112-2316


Stark & Knoll
3475 Ridgewood Rd
Akron, OH  44333-3163


State Of Ohio Dept Of Taxation
PO Box 530 Attn:  Bankruptcy Division
Columbus, OH  43216


Stoermer Insurance Brokers
6238 Far Hills Ave
Dayton, OH  45459-1927


Summa Physicians Inc.
PO Box 630092
Cincinnati, OH  45263-0092


Summit Behavioral Health Group
4125 Medina Rd Ste 220
Akron, OH  44333-4515


Sutter O'Connell
Erieview Tower
1301 E 9th St Ste 3600
Cleveland, OH  44114-1831

Syncb/banana Rep
PO Box 965005
Orlando, FL  32896-5005


Synchrony Bank/Banana Republic
Attn: Bankruptcy
PO Box 956060
Orlando, FL  32896-5060


The Illuminating Company
76 S Main St
Akron, OH  44308-1812


Thomas L. Brunn, Esq.
The Brunn Law Firm Co LPA
700 Saint Clair Ave NE Ste 208
Cleveland, OH  44114-1712


Thomas Moss
1751 Noble Rd
East Cleveland, OH  44112-1649


Travelers Insurance
PO Box 26385
Richmond, VA  23260-6385


US Attorney General
950 Pennsylvania Ave NW
C/O US Dept Of Justice
Washington, DC  20530-0000

USPS
1700 Shaw Ave Ste 100
Cleveland, OH  44112-2938


Valco Equipment Ltd.
1138 Camden Ave SW
Canton, OH  44706-5900


Walterine Gage
1738 Noble Rd
East Cleveland, OH  44112-1648


Wednesday M. Szolloski, Esq.
c/o Environmental Enforcement Section
1 Governmental Ctr Ste 1340
Toledo, OH  43604


Wffnb Retail Srvs/Mattress Firm
Wffnb Card Services
PO Box 51193
Las Vegas, NV  89193


Willie Morrow
1722 Noble Rd
East Cleveland, OH  44112-1648