# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 17-51636 AMK |
| **Case Name:** | BEYNON, CHRISTINA T. |
| **Period Ending:** | 07/30/18 |

| | |
|---|---|
| **Trustee:** (550340) | HAROLD A. CORZIN |
| **Filed (f) or Converted (c):** | 07/12/17 (f) |
| **§341(a) Meeting Date:** | 08/28/17 |
| **Claims Bar Date:** | 12/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 352 GREENWOOD AVE, AKRON, OH 44320-1206 | 94,850.00 | 1.00 | | 0.00 | 1.00 |
| 2 | CAMPSITE: 4489 PRAIRIE LN LOT 352, WOOSTER, OH | Unknown | 600.00 | | 600.00 | FA |
| 3 | TOWPATH CU CHECKING ACCOUNT | 1,800.00 | 1.00 | | 0.00 | FA |
| 4 | TOWPATH CU SAVINGS ACCOUNT | 100.00 | 1.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSIT | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | ELECTRONICS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | BULL MASTIFF | 0.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 10 | JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | BLACKROCK 529 PLAN FOR SON | 13,267.00 | 1.00 | | 0.00 | 1.00 |
| 12 | BLACKROCK 529 PLAN FOR DAUGHTER | 1,698.00 | 1.00 | | 0.00 | 1.00 |
| 13 | ARCO RECYCLING INC.-CLOSED | 0.00 | 0.00 | | 773.55 | FA |
| 14 | AMERICAN METAL AND WOOD SALVAGE INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | WOODGATE PROPERTIES LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 1705 NOBLE ROAD PROPERTIES LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 17 | ROOSTER RIDGE RENTALS INC. D/B/A ALL EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 18 | ON CALL PLUMBING & DRAIN LLC | 0.00 | 0.00 | | 0.00 | FA |

Printed: 07/30/2018 08:44 AM        V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-51636 AMK
**Case Name:** BEYNON, CHRISTINA T.

**Period Ending:** 07/30/18

**Trustee:** (550340)   HAROLD A. CORZIN
**Filed (f) or Converted (c):** 07/12/17 (f)
**§341(a) Meeting Date:** 08/28/17
**Claims Bar Date:** 12/21/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 2016 TAX REFUNDS | Unknown | 0.00 | | 0.00 | FA |
| 20 | POTENTIAL CLAIM AGAINST RCI SERVICES LLC | Unknown | 1.00 | | 0.00 | 1.00 |
| 21 | POTENTIAL CLAIM AGAINST GEORGE MICHAEL RILEY, SR | Unknown | 1.00 | | 0.00 | 1.00 |
| 22 | POTENTIAL CLAIM AGAINST LATASHA ATTEBERRY | Unknown | 1.00 | | 0.00 | 1.00 |
| 23 | 2016 HONDA PILOT, 6500 MILES | 31,534.00 | 2,500.00 | | 2,500.00 | FA |
| 24 | PRORATED UNEXEMPT PORTION OF DEBTOR'S 2017 (u)<br>    FEDERAL AND STATE TAX REFUNDS<br>* $812.23 - Per compromise order | Unknown | 1.00 | | 812.23 | FA |
| 25 | DEBTOR'S INTEREST IN THREE POLICIES OF LIFE (u)<br>    INSURANCE<br>* $1,954.02 - Per compromise order | Unknown | 1.00 | | 1,954.02 | FA |
| 26 | PREFERENTIAL TRANSFERS TO OTHERS | Unknown | 1.00 | | 0.00 | 1.00 |
| 27 | PREFERENTIAL TRANSFER TO ROETZEL & ANDRESS<br>* $5,000.00 - Pursuant to compromise order | Unknown | 5,000.00 | | 5,000.00 | 0.00 |
| **27** | **Assets**      **Totals** (Excluding unknown values) | **$151,949.00** | **$8,111.00** | | **$11,639.80** | **$7.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WILL ADMINISTER DEBTOR'S REAL PROPERTY BY MEANS OF LIQUIDATION AS APPROPRIATE; TRUSTEE WILL ADMINISTER PERSONAL PROPERTY INCLUDING VEHICLE AND CAMPER BY MEANS OF REDEMPTION OR LIQUIDATION;  TRUSTEE WILL COLLECT ALL UNEXEMPT LIQUID ASSETS;

Printed: 07/30/2018 08:44 AM       V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-51636 AMK | | Trustee: | (550340) | HAROLD A. CORZIN |
|---|---|---|---|---|---|
| Case Name: | BEYNON, CHRISTINA T. | | Filed (f) or Converted (c): | 07/12/17 (f) | |
| | | | §341(a) Meeting Date: | 08/28/17 | |
| Period Ending: | 07/30/18 | | Claims Bar Date: | 12/21/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TRUSTEE WILL ADMINISTER WHOLE LIFE OR OTHER INSURANCE POLICIES BY MEANS OF REDEMPTION OF LIQUIDATION;  TRUSTEE WILL AVOID ALL PREFERENTIAL TRANSFERS AND FRAUDULENT CONVEYANCES

**Initial Projected Date Of Final Report (TFR):**  December 31, 2019        **Current Projected Date Of Final Report (TFR):**  December 31, 2019

Printed: 07/30/2018 08:44 AM        V.14.14

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-51636 AMK | | Trustee: | HAROLD A. CORZIN (550340) |
| Case Name: | BEYNON, CHRISTINA T. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***3874 | | Blanket Bond: | $8,000,000.00 (per case limit) |
| Period Ending: | 07/30/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/11/18 | | A. DeGirolamo, Esq. | Payment | | | 5,266.25 | | 5,266.25 |
| | {23} | | PAYMENT ON<br>COMPROMISE | 2,500.00 | 1129-000 | | | 5,266.25 |
| | {25} | | PAYMENT ON<br>COMPROMISE | 1,954.02 | 1229-000 | | | 5,266.25 |
| | {24} | | PAYMENT ON<br>COMPROMISE | 812.23 | 1224-000 | | | 5,266.25 |
| 05/11/18 | {13} | Josh Mandel | Refund | | 1129-000 | 773.55 | | 6,039.80 |
| 05/31/18 | {2} | RWM&M Development Corporation | PAYMENT ON COMPROMISE | | 1110-000 | 600.00 | | 6,639.80 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,629.80 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,619.80 |
| 07/13/18 | {27} | Roetzel & Andress | TURNOVER PREFERENCE FUNDS | | 1141-000 | 5,000.00 | | 11,619.80 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **11,639.80** | **20.00** | **$11,619.80** |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | **11,639.80** | **20.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$11,639.80** | **$20.00** |

| Case Number: | 17-51636 AMK | Trustee: | HAROLD A. CORZIN (550340) |
|---|---|---|---|
| Case Name: | BEYNON, CHRISTINA T. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3466 - Checking Account |
| Taxpayer ID #: | **-***3874 | Blanket Bond: | $8,000,000.00 (per case limit) |
| Period Ending: | 07/30/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | | | |
| Checking # ******3466 | | | | 11,639.80 | 20.00 | 11,619.80 |
| | | | | $11,639.80 | $20.00 | $11,619.80 |