IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 17-51636 |
| CHRISTINA T. BEYNON | ADVERSARY NO. 18-_____ |
|     Debtor | IN PROCEEDINGS UNDER CHAPTER 7 |
| HAROLD A. CORZIN, TRUSTEE<br>Commonwealth Square<br>304 N. Cleveland-Massillon Road<br>Akron, OH 44333 | JUDGE ALAN M. KOSCHIK |
|     Plaintiff | COMPLAINT |
| vs. | |
| CHRISTINA T. BEYNON<br>177 N. Pershing Avenue<br>Akron, OH 44313 | TYPE: DETERMINATION OF LIEN,<br>    VALIDITY, PRIORITY, AND<br>    AMOUNT; ALTER EGO<br>    DETERMINATION; AND<br>    DETERMINATION OF |
|     and |     PROPERTY OF ESTATE |

| | )
|---|---|
| AMERICAN METAL AND WOOD | ) |
| SALVAGE, INC. | ) |
| c/o Christina T. Beynon | ) |
| 177 N. Pershing Avenue | ) |
| Akron, OH 44313 | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| INTERNAL REVENUE SERVICE | ) |
| P.O. Box 7346 | ) |
| Philadelphia, PA 19101-7346 | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| INTERNAL REVENUE SERVICE | ) |
| Insolvency Group 6 | ) |
| 1240 East Ninth Street, Room 493 | ) |
| Cleveland, OH 44199 | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| INTERNAL REVENUE SERVICE | ) |
| Office of the United States Attorney | ) |
| Attn: Bankruptcy Section | ) |
| Carl B. Stokes United States Court House | ) |
| 801 W. Superior Avenue, Suite 400 | ) |
| Cleveland, OH 44113-1852 | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| INTERNAL REVENUE SERVICE | ) |
| Attorney General of the United States | ) |
| U.S. Department of Justice Tax Division | ) |
| Civil Trial Section, Northern Region | ) |
| P.O. Box 55, Ben Franklin Station | ) |
| Washington, D.C. 20044 | ) |
| | ) |
| | ) |
| Defendants | ) |

| | | | | | |
|---|---|---|---|---|---|
| | | 11874 | Department of the Treasury - Internal Revenue Service | | EXHIBIT A |
| Form 668 (Y)(c) (Rev. February 2004) | | | **Notice of Federal Tax Lien** | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 829-3903 | Serial Number 300494918 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: AMERICAN METAL AND WOOD SALVAGE INC
% CHRISTINA BEYNON
a Corporation

Residence: 1180 W EXCHANGE ST
AKRON, OH 44313-7838

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/2014 | XX-XXX8707 | 01/09/2017 | 02/08/2027 | 137413.46 |

DOC # 56371613
Page 1 of 1
3/27/2018 11:05 AM Recording Fee: $5.00
Kristen M. Scalise, CPA, CFE, Summit County Fiscal Officer

| Place of Filing | | |
|---|---|---|
| Recorder of Summit County Summit County Akron, OH 44308 | Total $ | 137413.46 |

This notice was prepared and signed at _____DETROIT, MI_____, on this,

the __15th__ day of __March__, __2018__.

| Signature Joan Flach for G.J. CARTER-LOUIS | Title ACS SBSE (800) 829-3903 | 22-00-0008 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X