UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-51636 |
| CHRISTINA T. BEYNON | ) | CHAPTER 7 |
| Debtor(s) | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |

TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property"):

**Description of Property:** 352 Greenwood Ave., Akron, Ohio
**Estimated Market Value** $94,850.00
**Source of Valuation:** Pursuant to debtor's testimony
**Amount of Liens:** $88,900.00
**Claimed Exemptions:** $136,925.00 (O.R.C. Section 2329.66(A)(1))

<u>**Your rights may be reduced, modified, or eliminated.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one.**

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before **January 18, 2019** you or your attorney must:

1. File with the Court an objection at the following address:
    Clerk of the United States Bankruptcy Court
    455 U.S. Courthouse-Federal Building
    2 South Main Street, Akron, Ohio 44308

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of Your Objection to Each of the Following:
    Mortgagee(s):   Franklin American Mortgage, 501 Corporate Center Dr., Franklin, TN 37067-2659
                    PNC Bank, Attn: Bankruptcy, 249 5th Ave., Ste. 30, Pittsburgh, PA 15222-2707
    Trustee:        Harold A. Corzin, Chapter 7 Trustee, 304 N. Cleveland-Massillon Road, Akron, Ohio, 44333
    Office of the U. S. Trustee, HMM US Court House, 201 Superior Ave., Room 441, Cleveland, Ohio, 44114

You and/or your attorney must attend any hearing scheduled by the Court.

Dated: December 24, 2018

Respectfully submitted,

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
hcorzin@csu-law.com

I CERTIFY THAT ON December 24, 2018 copies of this Notice of Proposed Abandonment were served upon

Attorney for Debtor(s)
    Anthony DeGiralomo
    *by Electronic Mail*

Debtor(s)
    Christina T. Beynon
    177 N. Pershing Ave.
    Akron, Ohio 44313
    *by Regular U.S. Mail*

Mortgagee(s):

    Franklin American Mortgage, 501 Corporate Center Dr., Franklin, TN 37067-2659
    PNC Bank, Attn: Bankruptcy, 249 5th Ave., Ste. 30, Pittsburgh, PA 15222-2707
    *by Regular U.S. Mail*

The Office of the United States Trustee
*by Electronic Mail*

                                              /s/ Harold A. Corzin
                                              HAROLD A. CORZIN, TRUSTEE